IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CR-73-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER STAYING** |
| | ) | **DEFENDANT'S RELEASE** |
| | ) | |
| MATTHEW LUKE WESTON, | ) | |
| Defendant. | | |

This case came before the court for hearing on May 19, 2014, on the government's oral motion, pursuant to 18 U.S.C. § 3142(f), to detain defendant pending trial. Finding that the government had not met its burden of proof for detention pursuant to 18 U.S.C. § 3142(f), the court ordered that defendant be released upon his compliance with specified conditions. The government then indicated its intention to seek review of the release order by the presiding District Judge, pursuant to 18 U.S.C. § 3145(a)(1), and made an oral motion that defendant's release be stayed pending such review.

The government's motion for stay shall be ALLOWED on the following terms:

1. Any motion by the government for review of the release order in this case shall be made in writing and filed by 5:00 p.m. on May 20, 2014.

2. The release of defendant shall be STAYED and he shall remain in custody until 5:00 p.m. on May 20, 2014, pending filing of the government's motion for review.

3. If the government files its motion for review by May 20, 2014, the stay shall continue in effect until the court's resolution of the government's motion.

4. If the government fails to file its motion for review by 5:00 p.m. on May 20, 2014, the stay shall terminate at that time.

SO ORDERED, this 20th day of May 2014.

KIMBERLY A. SWANK
United States Magistrate Judge