UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
__WESTERN__ DIVISION

CASE NUMBER: __5:14-CR-73-1-D__

UNITED STATES OF AMERICA

VS.                                         ORDER

__MATTHEW LUKE WESTON__

IT IS HEREBY ORDERED that the following Government Exhibits be returned to _Agent Larry Antill_ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

**EXHIBIT #**          **EXHIBIT DESCRIPTION**
2                      9mm Beretta

THIS 6th DAY OF __October__, 2014

AGENT _ATF/TFO L.A. Antill_

_James Dever_
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE